MARCOURT CONSTRUCTION CORP., Appellant, v. MADONNA CORPORATION and Others, Respondents.— Judgment dismissing the plaintiff's amended complaint on the merits in an action to recover a down payment on account of the purchase price made pursuant to a contract for the purchase of real property unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

ROBERT A. MCKENZIE, Appellant, v. HENRY LAVINE, as Trustee, Respondent.— In an action to recover damages for personal injuries to a tenant, resulting from the alleged negligence of his landlord, judgment in favor of defendant reversed on the law and a new trial granted, with costs to appellant to abide the event. It was error for the court to refuse to permit the amendment of the title by striking out the words " as trustee." (Civ. Prac. Act, §§ 105, 192; Rules of Civil Practice, rule 166; *Boyd* v. *U. S. Mortgage & Trust Co.*, 187 N. Y. 262, 266, 270; *Yeager* v. *Co-operative Fire Underwriters Association of New York State, No. 2*, 243 App. Div. 743.) Plaintiff made out a *prima facie* case against the defendant individually. Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ., concur.

SAMUEL MEYEROWITZ, Appellant, v. GERNET HOWLAND and SAMUEL LEVINE, Respondents.— In an action brought to recover damages for personal injuries alleged to have been sustained by reason of the negligence of defendants, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

LORETTA MULLIGAN, an Infant, by ROBERT MULLIGAN, Her Guardian ad Litem, and ROBERT MULLIGAN, Respondents, v. THE CITY OF NEW YORK, Appellant.— Action by the infant plaintiff to recover damages for personal injuries sustained through the alleged negligence of defendant in the operation of a vehicle known as a " grader " and by her father to recover for expenses. Appeal from resettled order setting aside the verdict in defendant's favor on the ground that it is against the weight of the evidence. Resettled order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.